**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MISSOURI
UNITED STATES COURTHOUSE
222 N. JOHN Q. HAMMONS PARKWAY
SPRINGFIELD, MISSOURI 65806

**RICHARD E. DORR**
DISTRICT JUDGE

(417) 865-3741
(FAX) 865-2618

July 24, 2006

/

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, NE
Suite 2-301
Washington, DC 20544

RECEIVED 2006 JUL 31 P 3: 01 FINANCIAL DISCLOSURE OFFICE

  *In re: Calendar Year 2005 Filing*

Dear Committee Members:

  I am submitting this letter as my response to the Committee's letter dated July 17, 2006.

  All of the deficiencies referred to in your letter regarding institution names arose out of a conversation I had with the staff earlier this year regarding a particular request for my financial information. As part of that conversation, I thought I was told that it was unnecessary to include the names of the particular financial institutions along with the account identification. Based on that belief I deleted the institution information. It did not signify any changes to my accounts.

  My specific responses to your request are as follows:.

  The "Conduit IRA" is the same account identified as the "Springfield Trust Company Conduit IRA" in my 2004 Report

  Part VII, page 4, line 1: This is my Commerce Bank account (same as 2004).

  Part VII, page 4, line 3: This money market account was with Edward D. Jones. You will note in my 2004 Report, I identified Brokerage Account #1 as the "Edward D. Jones Brokerage Account." They are one and the same (same as 2004).

  Part VII, page 12, lines 151-153 and page 13, lines 154-166: These items contained in Estate Trust #1 are included because I am the trustee for my ████████████trust. I did not personally own any of these investments. I don't know if the parenthetical "(X)" covers this circumstance.

Committee on Financial Disclosure
July 24, 2006
Page 2

Part VII, page 1, line 16 of 2004 Report: The IRA described in line 16 of my 2004 Report is part of the Edward D. Jones Brokerage account identified on line 3. The USAA Investment Management Account identified at Part VII, page 2, line 30 of my 2004 Report is the same as IRA No. 3 identified at Part VII, page 5, line 23 of my 2005 Report (same as 2004).

in response to your request.

Sincerely yours,

Richard E. Dorr, Judge
United States District Court

RECEIVED 2006 JUL 31 P 3: 01 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Dorr, Richard E | 2. Court or Organization US Dist Ct Western District MO | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active US District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 222 John Q. Hammons Parkway Suite 3100 Springfield MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Estate Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. - Money Market | A | Interest | J | T | redeem part | 06/03 | J' | | |
| 4. | | | | | redeem part | 06/07 | J | | |
| 5. | | | | | redeem part | 07/08 | J | | |
| 6. | | | | | redeem part | 07/18 | J | | |
| 7. | | | | | redeem | 09/02 | J | | |
| 8. - O'Reilly Automotive (ORLY) Common Stock | | None | M | T | | | | | |
| 9. - SBC Communications (SBC) Common Stock | A | Dividend | J | T | sell | 06/06 | J | | |
| 10. - Hartford Cap Apprec (ITHAX) Mutual Fund | | None | J | T | sell | 06/06 | J | | |
| 11. - Growth Fund of America Mutual Fund (AGTHX) | A | Dividend | J | T | | | | | |
| 12. - Putnam New Opportunities Mutual Fund CLA (PNOBX) | | None | J | T | sell | 05/24 | J | | |
| 13. - SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 14. - Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 15. - Putnam New Opportunities Mutual Fund CLB (PNOBX) | | None | J | T | sell | 05/24 | J | | |
| 16. - IRA No. 1 | | | | | | | | | |
| 17. -- Federated American Leaders Mutual Fund (FALDX) | A | Dividend | J | T | sell | 09/21 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IRA No. 2 | | | | | | | | | |
| 19. -- Federated American Leaders Mutual Fund (FALDX) | A | Dividend | J | T | sell | 09/21 | J | C | |
| 20. -Great Southern Bank (GSBC) Comm Stk | A | Dividend | J | T | buy | 05/24 | J | | |
| 21. - Guaranty Fed Bancshares Inc (GFED) Comm Stk | A | Dividend | K | T | buy | 06/06 | J | | |
| 22. | | | | | buy | 09/23 | J | | |
| 23. IRA No. 3 | D | Dividend | M | T | | | | | |
| 24. - USAA GNMA Trust | B | | | | | | | | |
| 25. - USAA High-Yield Opportunities fund | A | | | | | | | | |
| 26. - USAA Income Fund | A | | | | | | | | |
| 27. - USAA Income Stk Fund | A | | | | | | | | |
| 28. - USAA S & P 500 Index Fund Member Shares | A | | | | | | | | |
| 29. - USAA Short-Term Bond Fund | A | | | | | | | | |
| 30. CONDUIT IRA | E | Dividend | O | T | | | | | |
| 31. - CASH EQUIVALENTS | | | | | | | | | |
| 32. -- Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 33. - FIXED INCOME SECURITIES | | | | | | | | | |
| 34. -- FNMA 4% 10/14/15 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CORPORATE BDS & NTS | | | | | | | | | |
| 36. -- Citicorp Note 6.37% 1/15/06 | | | | | | | | | |
| 37. -- General Mts Accep Corp Note 6.125% 1/22/08 | | | | | sell | 03/28 | J | | |
| 38. - FIXED INCOME FUNDS | | | | | | | | | |
| 39. -- Federated GNMA Trust | | | | | sell | 12/22 | J | | |
| 40. -- Federated Total Return Bond Fund #328 | | | | | buy | 12/22 | K | | |
| 41. -- Federated Arms Fd Inst #96 | | | | | part sell | 03/31 | J | | |
| 42. | | | | | sell | 12/22 | K | | |
| 43. -- Fed Ultra-Sht Bd 108 | | | | | part sell | 03/31 | J | | |
| 44. | | | | | exchange | 12/05 | K | | |
| 45. --Fed Ultra-Sht 108-NW (exchanged with BD 108 | | | | | exchange | 12/05 | K | | |
| 46. -- Pimco Funds Pacific Investment | | | | | sell | 01/11 | J | | |
| 47. Pimco Foreign Bond FD Unhedged | | | | | buy | 01/11 | J | | |
| 48. | | | | | buy | 12/22 | K | | |
| 49. -- VGD Interim Bd #5314 | | | | | buy | 12/22 | J | | |
| 50. -- VGD GNMA Fund #536 | | | | | buy | 12/22 | K | | |
| 51. VGD Inflation Protected Securities FD | | | | | buy | 08/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | sell | 12/22 | J | A | |
| 53. - COMMON STOCK | | | | | | | | | |
| 54. -- American Express Co Com | | | | | sell | 12/22 | J | A | |
| 55. -- Chevrontexaco Corp Com | | | | | sell | 12/22 | J | C | |
| 56. -- Cisco Sys Inc. Com | | | | | sell | 12/22 | J | C | |
| 57. -- Dell, Inc. | | | | | sell | 12/22 | J | | |
| 58. -- Exxon Mobile Corp | | | | | sell | 12/22 | J | D | |
| 59. -- Fannie Mae Common Stock | | | | | sell | 12/09 | J | A | |
| 60. -- Home Depot Inc. Com | | | | | sell | 12/22 | K | D | |
| 61. -- Intel Corp Comm | | | | | sell | 12/22 | J | C | |
| 62. -- International Business Machs Com | | | | | sell | 08/12 | J | D | |
| 63. -- Johnson & Johnson Com | | | | | sell | 12/22 | J | C | |
| 64. -- MBNA Corp Com | | | | | sell | 12/22 | J | D | |
| 65. -- Microsoft Corp | | | | | sell | 12/22 | J | D | |
| 66. -- Pepsico Inc. | | | | | buy | 08/12 | J | | |
| 67. | | | | | sell | 12/22 | J | C | |
| 68. -- Pfizer Inc. Com | | | | | sell | 12/22 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Proctor & Gamble Co Com | | | | | sell | 12/22 | J | D | |
| 70. -- Suntrust Bks Inc Com | | | | | sell | 08/12 | J | C | |
| 71. -- Barr Pharmaceuticals Inc (fka Barr Laboratories Inc.) | | | | | sell | 08/12 | J | C | |
| 72. -- Boeing Co Com | | | | | sell | 08/12 | J | B | |
| 73. -- Consolidated Edison Com | | | | | sell | 08/12 | J | A | |
| 74. -- Duke Realty Corporation Com | | | | | sell | 12/22 | J | B | |
| 75. -- First Data Corp Com | | | | | sell | 08/12 | J | | |
| 76. -- Fiserv Inc Com | | | | | sell | 12/22 | J | | |
| 77. -- ITT Inds Inc Ind Com | | | | | sell | 12/22 | K | D | |
| 78. -- Johnson Ctls Inc Com | | | | | sell | 08/12 | J | C | |
| 79. -- Conoco Phillips | | | | | stk split | 06/02 | | | |
| 80. | | | | | sell | 12/22 | J | D | |
| 81. -- SBC Communications Inc (distribution name chj AT & T) | | | | | distribution | 11/23 | J | | |
| 82. -- Sungard Data Sys Inc Com | | | | | cash merger | 08/16 | J | A | |
| 83. -- United Technologies Corp Com | | | | | stk split | 06/13 | | | |
| 84. | | | | | sell | 12/22 | K | D | |
| 85. -- Danaher Corp Com | | | | | sell | 12/22 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Dupont El De Nemours & Co Com | | | | | sell | 08/19 | J | | |
| 87. -- Goldman Sachs Group Inc | | | | | sell | 12/22 | J | B | |
| 88. -- Morgan Stanley Com | | | | | sell | 12/22 | J | A | |
| 89. --Abbott Labs Com | | | | | buy | 08/12 | J | | |
| 90. | | | | | sell | 12/22 | J | | |
| 91. -- Citigroup Inc Com | | | | | sell | 12/22 | J | A | |
| 92. -- Avon Prods Inc Com | | | | | sell | 08/12 | J | A | |
| 93. --Dentsply Intl Inc New | | | | | sell | 12/22 | J | B | |
| 94. -- O'Reilly Automotive Inc. | | | | | stk split | 06/16 | | | |
| 95. | | | | | sell | 12/22 | J | C | |
| 96. -- Praxair Inc | | | | | sell | 12/22 | J | C | |
| 97. --Sysco Corp Com | | | | | sell | 12/22 | J | | |
| 98. Ambac Finl Group Inc Com | | | | | buy | 08/12 | J | | |
| 99. | | | | | sell | 12/22 | J | A | |
| 100. Baxter Intl Inc Com | | | | | buy | 08/12 | J | | |
| 101. | | | | | sell | 12/22 | J | | |
| 102. Best Buy Inc Com | | | | | buy | 08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | sell | 12/22 | J | | |
| 104. Entergy Corp | | | | | buy | 08/12 | J | | |
| 105. | | | | | sell | 12/22 | J | | |
| 106. Forest Labs Inc Com | | | | | buy | 08/12 | J | | |
| 107. | | | | | sell | 12/22 | J | A | |
| 108. General Elec Co Com | | | | | buy | 08/12 | J | | |
| 109. | | | | | sell | 12/22 | J | A | |
| 110. Morgan Stanley Com | | | | | buy | 08/12 | J | | |
| 111. | | | | | sell | 12/22 | J | A | |
| 112. Radian Group Inc Com | | | | | buy | 08/12 | J | | |
| 113. | | | | | sell | 12/22 | J | A | |
| 114. Walgreen Co Com | | | | | buy | 08/12 | J | | |
| 115. | | | | | sell | 12/22 | J | | |
| 116. Mercury Interactive Corp Com | | | | | buy | 10/06 | J | | |
| 117. | | | | | sell | 12/22 | J | | |
| 118. Oracle CORP COM | | | | | buy | 10/06 | J | | |
| 119. | | | | | sell | 12/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | buy | 12/22 | K | | |
| 138. – DFA Invt Dimensions Group Large Cap Val | | | | | buy | 08/12 | K | | |
| 139. | | | | | buy | 12/22 | L | | |
| 140. --DFA Invt Dimensions Group Intl Value PTF | | | | | buy | 08/12 | J | | |
| 141. | | | | | buy | 12/22 | K | | |
| 142. --DFA Invt Dimensions Group Emerging Mkts | | | | | buy | 08/12 | J | | |
| 143. | | | | | sell | 12/22 | J | A | |
| 144. --DFA Invt Dimensions Gruop Intl Smcap Val | | | | | buy | 08/12 | J | | |
| 145. | | | | | buy | 12/22 | K | | |
| 146. – DFA Invt Dimensions Group Intl Sml Ptfl | | | | | buy | 08/12 | J | | |
| 147. | | | | | buy | 12/22 | J | | |
| 148. --DFA Invt Dimensions Group EMERG MKTS VAL | | | | | buy | 08/12 | J | | |
| 149. | | | . | | part sell | 12/22 | J | A | |
| 150. Ozark National Ordinary Life Ins. Policy | A | Interest | J | T | | | | | |
| 151. EstateTrust #1 | D | Interest | O | T | | | | | |
| 152. - Scudder Growth and Income Fund | | | | | redeem | 09/12 | K | | |
| 153. - Scudder IRA | | | | | redeem | 09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Putnam | | | | | redeem | 09/28 | M | | |
| 155. - Charles Schwab Roth IRA | | | | | redeem | 11/18 | J | | |
| 156. - Charles Schwab Money Market Fund | | | | | | | | | |
| 157. - Dreyfus Stk Fund | | | | | redeem | 12/02 | J | | |
| 158. - Dreyfus Discip. Stk Fund | | | | | redeem | 12/02 | L | | |
| 159. - Dreyfus Premier Cor Val Fund | | | | | redeem | 12/02 | L | | |
| 160. - General Electric Com Stk | | | | | redeem | 12/02 | M | | |
| 161. - Wells Fargo Savings Acct | | | | | redeem | 09/19 | K | | |
| 162. —Washington Mutual Bank CD | | | | | redeem | 11/15 | J | | |
| 163. - Time Warner Stk Options | | | | | | | | | |
| 164. - Prudential LIfe Insurance | | | | | redeem | 09/23 | M | | |
| 165. - Fidelity (Time Warner Savings) | | | | | | | | | |
| 166. - Real Estate (Los Angeles CA) | | | | | sell | 08/08 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q=Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████████ Date _5/15/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544